FILED

10/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-21-0429

DAVID HEINLE, individually,

Defendant and Appellant,

v.

LYNN STUTZMAN,

Plaintiff and Appellee.

_____

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE APPELLANT'S BRIEF

_____

Having read Appellant, David Heinle's, Unopposed Motion to Continue Appellants Brief, finding no objection, and good cause appearing, it is hereby ordered that Appellant, David Heinle, is granted a thirty (30) day extension to file his brief. Appellant's brief shall be filed on or before November 22, 2021.

Signed this _____ day of October, 2021.

_____
Montana Supreme Court

ORDER
1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 8 2021